**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JAMAL JAMES RUTLEDGE,**

**Plaintiff,**

**vs.** **Case No. 4:26cv306-MCR-MAF**

**EARNEST A. KOLLRA, and the**
**CITY OF FORT LAUDERDALE,**

**Defendants.**
_________________________________/

**<u>O R D E R</u>**

The Magistrate Judge issued a Report and Recommendation on September 1, 2026. ECF No. 13. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** on the basis of absolute judicial immunity and for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed terminate all pending motions, enter judgment, and note the case was dismissed pursuant to 28 U.S.C. § § 1915(e)(2)(B)(ii), (iii).

**DONE AND ORDERED** this 6th day of November 2026.

*M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE